IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03031-CMA-KLM

JUDITH A. COOLEY,

      Plaintiff,

v.

SAM'S WEST, INC.,

      Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order** [#17][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#17-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated:  March 16, 2015

---

[1] "[#17]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.