IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03031-CMA-KLM

JUDITH A. COOLEY,

    Plaintiff,

v.

SAM'S WEST, INC.,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Notice of Resolution and Motion to Vacate Final Pretrial Conference** [#32][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for November 13, 2015 at 11:00 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **December 11, 2015**.

    Dated:  November 10, 2015

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.