**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-03031-CMA-KLM

JUDITH A. COOLEY,

    Plaintiff,

v.

SAM'S WEST, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation of Dismissal With Prejudice (Doc. # 35), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED December 16, 2015

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge